**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AMERICAN CITY
BUSINESS JOURNALS, INC.,

    Plaintiff,

v.                                              Case No: 8:23-cv-978-CEH-AEP

BABCOX MEDIA, INC., and
LIFESTYLE MEDIA GROUP, LLC,

    Defendants.
_____

**ORDER**

Upon consideration of the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 24), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. Accordingly, it is hereby

**ORDERED** that the above-captioned cause is **DISMISSED** with prejudice. The Clerk is directed to terminate pending motions, if any, and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on January 10, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties